(88 South. 30)

BALTMAN v. PALM OIL & SUPPLY CO.
(1 Div. 387.)

(Court of Appeals of Alabama. Dec. 14, 1920. Rehearing Denied Jan. 18, 1921.)

APPEAL AND ERROR ⬦70(½), 123 — ORDER STAYING PROCEEDINGS HELD NOT APPEALABLE, AND NO APPEAL CAN BE TAKEN FROM SPECIAL FINDINGS OF FACT.

To support an appeal under Code 1907, § 2837, there must be a final judgment, and an order staying proceedings is interlocutory and will not support an appeal, and a special finding of fact as provided by section 5360 is not a judgment, but takes the place of the verdict of a jury, and an appeal will not lie therefrom.

Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

Garnishment by Mrs. Kate L. Baltman on judgment recovered against R. B. Hudson, directed to the Palm Oil & Supply Company. From a special finding of the facts and a judgment staying the proceedings, the plaintiff appeals. Appeal dismissed.

Frederick G. Bromberg, of Mobile, for appellant.

Counsel discusses the propositions of law insisted on by him, but does not discuss the matters touched on in the opinion.

Lyons, Chamberlain & Courtney, of Mobile, for appellee.

This case is ruled by the following: 88 Ala. 249, 7 South. 53; 115 Ala. 575, 22 South. 72.

SAMFORD, J. In order to support an appeal under section 2837 of Code 1907, there

must be a final judgment. An order staying proceedings is interlocutory and will not support an appeal, and a special finding of fact as provided by. Code 1907, § 5360, is not 'a judgment, but takes the place of the verdict of a jury. We find no final judgment in the record that will support an appeal, and therefore the appeal must be dismissed.

We will say, however, with regard to the merits of the case, that the decisions in Archer v. Bank, 88 Ala. 249, 7 South. 53, and Steiner v. Bank, 115 Ala. 575, 22 South. 72, are determinative of plaintiff's rights.

The appeal is dismissed.